# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

144724-5 & (57)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant/Cross-Appellee,

v                                                          SC: 144724
                                                           COA: 296747
                                                           Wayne CC: 09-023974-01-FH
ASHANTI BRYANT LOCKETT,
    Defendant-Appellee/Cross-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v                                                          SC: 144725
                                                           COA: 296848
                                                           Wayne CC: 09-023974-02-FH
TADARIUS RASHARD JOHNSON,
    Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 10, 2012 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

h0912